ad Litem, Respondent, Claim of PI & PD 7085. Claim of MICHAEL HEIPEL, Respondent, Claim No. PI & PD 8085.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

B. C. SCHRAM, Receiver of First National Bank-Detroit, a National Banking Association, Respondent, v. MAE E. C. KEANE, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disburse-ments, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

B. C. SCHRAM, Receiver of First National Bank-Detroit, a National Banking Association, Respondent, v. WILLIAM L. KEANE, Appellant.— Order, so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

IRENE BAER, Respondent, v. JEROME M. BAER, Appellant.— Order unanimously reversed and motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MINNIE L. BERGER and FREDERICK BEHR, as Administrators, etc., of ANNA BRANDT, Also Known as ANNA A. BRANDT, Deceased. FRIEDERIKE HAUSSLER and LUISE BRAHSELER and Others, Petitioners, Respondents, MINNIE L. BERGER and FRED-ERICK BEHR, as Administrators, etc., Appellants.— Order unanimously reversed and the matter remitted to the Surrogate's Court to take proof as to the status of the claimants and their right to the relief sought. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

TRIANGLE RADIO SUPPLY CO. INC., Respondent, v. FAIRBANKS MORSE & CO. INC., Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion for an examination before trial as an adverse party of defendant's assignor, Fairbanks-Morse Home Appli-ances, Inc., by Addison Brown, its former sales manager, denied. No opinion. The date for the examination of the other parties to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of LILLIAN S. DUFFY for the Appointment as Substituted Committee of the Person and Property of CHARLES H. DUFFY, an Incompetent. LILLIAN S. DUFFY, Petitioner, Appellant, DAVID MOORE, Respondent, CHARLES S. LUBIN, Special Guardian.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CHARLES J. LYONS, as Administrator, etc., of KATE J. RALSTON, Deceased, Appellant, v. STENORK REALTY CORPORATION and CHARLES GOTTLIEB, Respond-ents, Impleaded with Others.— Order unanimously reversed, with twenty dollars costs and disbursements, and the matter remitted to the Special Term for further proceeding in accordance with the opinion in *Heiman* v. *Bishop* (272 N. Y. 83). Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.